NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8980
     Facsimile: (415) 744-0134
     E-Mail: Tova.Wolking@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE J. TUCKER,<br><br>       Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 5:18-cv-01453-MRW<br><br>JUDGMENT OF REMAND |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   12/17/2018                       

                          HONORABLE MICHAEL R. WILNER
                          UNITED STATES MAGISTRATE JUDGE